**AFFIRMED and Opinion Filed December 13, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_____

**No. 05-13-01147-CV**
_____

**In the Interest of R.S.P., et al, Children**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-753-X**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Appellant Lorrine Patterson appeals the trial court's final order terminating her parental rights to her minor children, R.S.P. and A.S.P. Appellant's appointed counsel has filed a motion to withdraw, along with an *Anders* brief, asserting the appeal is without merit and there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738 (1967). We affirm the trial court's judgment and grant counsel's motion to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, appellant's appointed counsel concludes there are no non-frivolous issues to assert on appeal. *See In re D.D.,* 279 S.W.3d 849, 849-50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.). A court of appeals is not required to address the merits of claims raised in an *Anders* brief or a pro

se response. *See In re D.D.*, 279 S.W.3d at 850 (citing *Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005)). Rather, this Court's duty is to determine whether there are any arguable grounds and, if so, to remand the case to the trial court so new counsel may be appointed to address the issues. *See id.*

Counsel for appellant has filed an *Anders* brief in which she concludes that, after a thorough review of the record, appellant's appeal of the termination of her parental rights is frivolous and without merit. *See Anders*, 386 U.S. at 744; *In re D.E.S.*, 135 S.W.3d at 327, 330; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that she delivered a copy of the brief to appellant and has informed appellant of her right to examine the appellate record and to file a response. *See In re D.D.*, 279 S.W.3d at 850. Appellant filed a pro se response.

We have independently reviewed the entire record, counsel's *Anders* brief, and the pro se response. We agree with counsel's assessment that the appeal is frivolous and without merit. We find nothing in the record that could arguably support the appeal. Accordingly, we affirm the trial court's final order terminating appellant's parental rights to her two children and grant counsel's motion to withdraw. *See In re D.D.*, 279 S.W.3d at 850.

/David L. Bridges/

131147F.P05

DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN RE: IN THE INTEREST OF: R.S.P., ET AL, CHILDREN

No. 05-13-01147-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-753-X.
Opinion delivered by Justice Bridges. Justices Moseley and Lang-Miers participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that the parties bear their own costs of appeal.

Judgment entered December 13, 2013

/David L. Bridges
DAVID L. BRIDGES
JUSTICE